AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

Sapphire Crossing LLC

*Plaintiff(s)*

v.

Robinhood Markets, Inc.

*Defendant(s)*

Civil Action No. 19-1402

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robinhood Markets, Inc.
c/o Incorporating Services, Ltd.
3500 S Dupont Hwy
Dover, De 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Stamatios Stamoulis
Stamoulis & Weinblat LLC
800 N. West Street Third Floor
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JUL 2 9 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-1402

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robinhood Markets, Inc.
was received by me on *(date)* 07/30/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Shantai Phillips @ 9:08 a.m. , who is designated by law to accept service of process on behalf of *(name of organization)* Incorporating Services, Ltd., 3500 S. DuPont Hwy., Dover, DE 19901 on *(date)* 07/30/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/30/2019

*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

Parcels Inc.
1111B S. Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:

Documents served: Summons; Complaint for Patent Infringement w/Exhibits; Plaintiff Sappire's Notice of Related Cases; Civil Cover Sheet; Local Rule 73.1; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; & Rule 7.1