IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Sapphire Crossing LLC,** | Case No. 1:18-cv-01717-MN-CJB |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Robinhood Markets, Inc.,** | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sapphire Crossing LLC hereby dismisses Defendant Robinhood Markets, Inc. with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: February 5, 2021

Respectfully submitted,

/s/ Stamatios Stamoulis
Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Sapphire Crossing LLC**

1